UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH EARL HOWARD,

    Plaintiff,

v.

WAYNE COUNTY SHERIFF'S OFFICE,
DEPUTY FRANK WOOD, and DEPUTY
JOHN HARDIE, individually and in their
official capacity, jointly and severally,

    Defendants.
_____/

Case No. 08-13501

Honorable Patrick J. Duggan

## **ORDER GRANTING PLAINTIFF'S MOTION TO AMEND**

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on January 21, 2009.

PRESENT:    THE HONORABLE PATRICK J. DUGGAN
                    U.S. DISTRICT COURT JUDGE

Plaintiff filed his complaint against the Defendants in this case in the Wayne County Circuit Court on July 29, 2008. This case was removed to this Court on August 13, 2008. On December 31, 2008, Plaintiff filed a motion seeking leave to file an amended complaint to include Wayne County as a Defendant. Wayne County was not a named Defendant on the lawsuit filed in Wayne County Circuit. No objection to this motion has been received by the Court, and the Court believes such motion should be granted.

Therefore,

**IT IS ORDERED** that Plaintiff's motion for leave to file an amended complaint is **GRANTED**.

Plaintiff shall file the amended complaint within fourteen (14) days of the date of this Order.

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:

Kenneth Earl Howard
P.O. Box 43823
Detroit, MI 48243

James M. Surowiec