UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH HOWARD,

    Plaintiff,

v.

    Case No. 08-13501

    Honorable Patrick J. Duggan

WAYNE COUNTY SHERIFF'S OFFICE,
FRANK WOOD, JOHN HARDIE, and
WAYNE COUNTY,

    Defendants,

_____/

## JUDGMENT

This matter is before the Court on defendants' Amended Motion for Summary Judgment. For the reasons set forth in an opinion issued this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that defendants' Amended Motion for Summary Judgment is granted and Plaintiff's complaint is **DISMISSED**.

    s/PATRICK J. DUGGAN
    UNITED STATES DISTRICT JUDGE

Date: September 1, 2009

copies to:
Kenneth Howard
Post Office Box 43823
Detroit, MI 48243

James M. Surowiec, Esq.