UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ORDER ESTABLISHING TRIAL DOCKET FOR THE MONTHS OF JULY AND AUGUST, 2011, BEFORE THE HONORABLE PATRICK J. DUGGAN*

Listed below are the cases on this Court's trial docket for the months of July and August 2011.  Counsel will be notified when their case reaches No. 5.  After such notice, counsel should be prepared to begin trial any time on **48 hours notice**.  It is counsel's responsibility in all cases after they have been so notified to contact my clerk, Marilyn Orem, at 234-5147, to ascertain the status of the trial docket.  Unless otherwise notified, this Court commences trial at 8:45 a.m.  PLEASE BE PROMPT!

1. 10-13955  ROMEOS V. TOWNE MORTGAGE CO., ET.AL
2. 08-13501  HOWARD V. WAYNE COUNTY SHERIFF'S OFFICE, ET.AL
3. 10-13681  SIMMONS V. GRANDISON, ET.AL
4. 10-12635  SAAD V. KRAUSE, ET.AL
5. 10-10978  AMERICAN UNIVERSITY OF ANTIGUA V. WOODWARD
6. 10-11057  FDIC V. KATZOWITZ, ET.AL
7. 09-14691  ECKER V. ALLSTATE INSURANCE CO.
8. 09-15051  SAXON MORTGAGE V. FIFTH THIRD BANK, ET.AL
9. 10-14987  OPERATING ENGINEERS LOCAL 324 V. ALPHA ELECTRIC, ET.AL

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated:  June 2, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 2, 2011, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager

**\*PLEASE TAKE NOTICE THAT TRIAL WILL NOT BEGIN BEFORE THE FINAL PRETRIAL CONFERENCE DATE.**

**IF THERE IS A MOTION FOR SUMMARY JUDGMENT PENDING, FINAL PRETRIAL CONFERENCE WILL BE RESCHEDULED APPROXIMATELY 7 DAYS AFTER ANY DECISION ON SUCH MOTION.**